IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE KRESS, | ) | 4:16CV3146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TECUMSEH POULTRY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (Filing No. 25) is granted. Plaintiff shall have until October 25, 2017, to respond to Defendants' motion for summary judgment (Filing No. 22).

DATED this 19th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge