## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE KRESS, | ) | 4:16CV3146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TECUMSEH POULTRY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's motion for extension of time (filing no. 28) is granted. Defendant shall have until November 8, 2017, to file a reply regarding its motion for summary judgment (filing no. 22).

DATED this 1st day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge